IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BARRY MICHAEL PRATT, JR.                                                              PLAINTIFF

v.                        Civil No. 1:22-cv-01025-BAB

CAPTAIN RICHARD MITCHAM,
Union County Detention Center                                                         DEFENDANT

## JUDGMENT

For the reasons set forth in a memorandum opinion being entered this same day, Captain Mitcham's Motion for Summary Judgment (ECF No. 39) is **GRANTED and this case DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** this 10th day of August 2023.

*/s/ Barry A. Bryant*
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE